Matter of City of Buffalo v Carr (2026 NY Slip Op 00814)

Matter of City of Buffalo v Carr

2026 NY Slip Op 00814

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, AND OGDEN, JJ. (Filed Feb. 11, 2026.) 

MOTION NO. (647/25) CA 24-01786.

[*1]IN THE MATTER OF CITY OF BUFFALO, PETITIONER-RESPONDENT, 
vDARRYL J. CARR, RESPONDENT-APPELLANT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.